**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Russell Allen ERXLEBEN,**
**Defendant–Appellant.**

No. 13–50962
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Dec. 30, 2013.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office, San Antonio, TX, for Plaintiff–Appellee.

Kristin M. Etter, Esq., Sumpter & Gonzalez, L.L.P., Austin, TX, for Defendant–Appellant.

Before WIENER, OWEN, and HAYNES, Circuit Judges.

PER CURIAM: *

Russell Allen Erxleben is charged with wire fraud, engaging in a monetary trans-

* Pursuant to 5TH CIR R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

action in criminally derived property valued at more than $10,000, and securities fraud. *See* 18 U.S.C. §§ 1343, 1957; 15 U.S.C. §§ 78j(b), 78ff; 17 C.F.R. § 240.10b–5. He appeals an order of detention.

The evidence as a whole supports the determination that there is a serious risk that Erxleben will obstruct or attempt to obstruct the due administration of justice by interfering with witnesses and that there are no conditions of release that would reasonably assure the district court that he would not do so if released pending trial. *See* 18 U.S.C. §§ 1503, 3142; *United States v. Rueben,* 974 F.2d 580, 586 (5th Cir.1992).

AFFIRMED.

the limited circumstances set forth in 5TH CIR. R. 47.5.4.